SEALED

FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

10 DEC -8 PM 3: 06

CLERK
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

V.

CASE NO. 8:10-cr-512-T-24AEP
18 U.S.C. § 641

ROLANDO COCA ALVAREZ

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about the March 6, 2010, in the Middle District of Florida, the defendant,

ROLANDO COCA ALVAREZ,

did ~~wilfully~~ WILLFULLY and knowingly steal computers and other electronic equipment which were the property of the United States, the value of which exceeded $1,000.

In violation of Title 18, United States Code, Sections 641 and 2.

### FORFEITURES

1. The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. From his engagement in the violations alleged in Count One of this Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section

2461(c), all of his interest in any property constituting or derived from proceeds obtained directly or indirectly as a result of the said violations.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL.

Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
JAMES A. MUENCH
Assistant United States Attorney

By: _____
JAY L. HOFFER
Assistant United States Attorney
Deputy Chief, General Crimes

2



AO 442 (Rev.5/85) Warrant for Arrest

# United States District Court
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

ROLANDO COCA ALVAREZ

**WARRANT FOR ARREST**

CASE NUMBER: 8:10-CR-512-T-24AEP

11-2094-Torres

To: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest ROLANDO COCA ALVAREZ and bring him forthwith to the nearest magistrate to answer an ☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition charging him with Theft of Government Property. In violation of Title 18, United States Code, Section 641.

**Sheryl L. Loesch**
Name & Title of Judicial Officer

Signature of Issuing Officer

Brenda Napier
(By) Deputy Clerk

**Clerk, United States District Court**
Title of Issuing Officer

12-8-10 TAMPA, FLORIDA
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

2010 DEC -9 AM 9:4[?]
MIDDLE DIST. OF FLORIDA
TAMPA
RECEIVED
U.S. MARSHAL

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at
_____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | **COPY** | |