# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA ) CASE NUMBER: CR 8-10-CR-512
Plaintiff ) 11-2094-T-24AEP
)
-vs- ) REPORT COMMENCING CRIMINAL ACTION
Rolando Coca Alvarez )
Defendant ) 96259-004

*********************************************************************

TO: CLERK'S OFFICE    MIAMI    FT. LAUDERDALE    W. PALM BEACH
U.S. DISTRICT COURT           (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.
*********************************************************************
COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 1/25/11    6:15    (a.m.)/p.m.

(2) LANGUAGE(S) SPOKEN: Spanish

(3) OFFENSE(S) CHARGED: Theft of Government Property Title 18, USC 641

(4) UNITED STATES CITIZEN: (✓)YES    ( )NO    ( )UNKNOWN

(5) DATE OF BIRTH: 12/11/55

(6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
[✓] INDICTMENT    [ ] COMPLAINT    CASE # 8-10-CR-512-T-24AED
[ ] BENCH WARRANT FOR FAILURE TO APPEAR
[ ] PAROLE VIOLATION WARRANT
ORIGINATING DISTRICT: _____
COPY OF WARRANT LEFT WITH BOOKING OFFICER?    [ ]YES    [ ]NO

AMOUNT OF BOND: $_____    WHO SET BOND? _____

(7) REMARKS: _____

(8) DATE: 1/25/11    (9) ARRESTING OFFICER SA Artis Hopewell

(10) AGENCY FBI Miami    (11) PHONE # _____

(12) COMMENTS _____