# COURT MINUTES
## U.S. MAGISTRATE JUDGE EDWIN G. TORRES - KING BLDG-10TH FL COURTROOM 10-5

DATE: 01/25/11   TIME: 2:00 P.M.   PAGE: 4

DEFT: ROLANDO COCA ALVAREZ (J)96259-004   CASE NO: 11-2094-TORRES

AUSA: Frank Jamen   ATTY: Jan Smith

AGENT: FBI   VIOL: WARR/IND/M/D/FL/THEFT OF GOVT PROPERTY

PROCEEDING: INITIAL APPEARANCE   RECOMMENDED BOND: ___

BOND/PTD CONTESTED HRG - yes / no   CJA APP'T: ___

BOND SET @: ___   To be cosigned by: ___

INTERPRETER: Spanish

Disposition:

- ❏ All Standard Conditions.
- ❏ Surrender / or do not obtain passports / travel documents
- ❏ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person
- ❏ Refrain from excessive use of alcohol
- ❏ Participate in a mental health assessment and treatment
- ❏ Random urine testing by Pretrial Services and/or treatment as deemed necessary
- ❏ Not to encumber property.
- ❏ Maintain or seek full - time employment/education.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ May Not visit Transportation Establishments.
- ❏ Travel extended to: ___
- ❏ Home Confinement: Electronic Monitoring and/or Curfew ___ . paid by ___ .
- ❏ Other ___

Disposition (handwritten):
Δ sworn - Appt AFPD
Δ waives Removal.
Δ held temporary PTD @ govt request, risk & danger.

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:   PLACE:

REPORT RE COUNSEL: /
PTD/~~BOND~~ HEARING: ✓ 1-28-11   10:00
PRELIM/ARRAIGN. OR REMOVAL: ___
STATUS CONFERENCE ___

TAPE No. 11-EGT-   Begin: ___   TIME IN COURT: 4
DAR No. 14:18:24