UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-2094-Torres

UNITED STATES OF AMERICA,

vs.                                    **WAIVER OF REMOVAL HEARING**

Rolando Coca-Alvarez

I, Rolando Coca-Alvarez, charged in a proceeding pending in the Middle District of Florida and having been arrested in the Southern District of Florida and taken before **EDWIN G. TORRES,** United States Magistrate Judge for that district, who informed me of the charge and of my right to retain counsel or request the assignment of counsel if I am unable to retain counsel, and to have a hearing or execute a waiver thereof, do hereby waive a hearing before the aforementioned magistrate and consent to the issuance of a warrant/order for my removal to the Middle District of Florida where the aforesaid charge is pending against me.

   **DONE** and **ORDERED** at Miami, Florida this 25th Day of January 2011.

_____
Witness

X _____
Signature of Defendant

_____
EDWIN G. TORRES
UNITED STATES MAGISTRATE JUDGE