## COURT MINUTES
## U.S. MAGISTRATE JUDGE  EDWIN G. TORRES  - KING BLDG -10th FL- COURTROOM  10-5

DATE: 1/28/11     TIME: 10:00 AM     PAGE:8

DEFT: ROLANDO COCA ALVAREZ(J)     CASE NO: 11-2094-TORRES
      96259-004

AUSA: Dustin Davis     ATTY: AFPD - Hector Dopico

AGENT:     VIOL: WARR/IND/MD/FL/THEFT

PROCEEDING: **PRETRIAL DETENTION**     RECOMMENDED BOND:

BOND/PTD CONTESTED HRG - yes / no     CJA APP'T:

BOND SET @: $     To be cosigned by:
                  LANGUAGE: Spanish

- [ ] All Standard Conditions.
- [ ] Surrender / or do not obtain passports / travel documents
- [ ] Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in a mental health assessment and treatment
- [ ] Random urine testing by Pretrial Services and/or treatment as deemed necessary
- [ ] Not to encumber property.
- [ ] Maintain or seek full - time employment/education.
- [ ] No contact with victims / witnesses.
- [ ] No firearms.
- [ ] May Not visit Transportation Establishments.
- [ ] Travel extended to: _____
- [ ] Home Confinement: Electronic Monitoring and/or Curfew __ _____, paid by _____.
- [ ] Other _____

Disposition: DEFT., WAIVED REMOVAL ON 1/25/11.

PTD Hrg held -
David Thatcher sworn -

The Court Orders PTD,
risk of flight

Deft ordered removed
to the MD/FL, Tampa.

NEXT COURT APPEARANCE:     DATE:     TIME:     JUDGE:     PLACE:
REPORT RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE
DAR No. 10:25:03     TIME IN COURT: 31