UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __11-2094-TORRES__

UNITED STATES OF AMERICA,

v.

**WARRANT OF REMOVAL**
REG NO.: **96259-004**

**ROLANDO COCA ALVAREZ**

A(n) _____   Complaint

___XX___   Indictment

_____   Information

_____   Supervised Release Warrant

_____   Bench Warrant

having been filed in the _SOUTHERN DISTRICT OF NEW YORK_ charging the above named defendant with **NARCOTICS CONSPIRACY** and the defendant having

_____   surrendered

__XX__   been arrested

in the Southern District of Florida, having had an initial appearance before the Court and having:

___XX___   waived further hearing

_____   been given a hearing in accordance with **Fed.R.Crim.P.** 40.

**DONE AND ORDERED** at Miami, Florida this _28th_ Day of _JANUARY_, 2011.

_____
EDWIN G. TORRES
UNITED STATES MAGISTRATE JUDGE