UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __11-2094-TORRES__

UNITED STATES OF AMERICA,

v.

**ROLANDO COCA ALVAREZ**

**AMENDED
WARRANT OF REMOVAL**
REG NO.: 96259-004

A(n) _____ Complaint

___XX___ Indictment

_____ Information

_____ Supervised Release Warrant

_____ Bench Warrant

having been filed in the **MIDDLE** __DISTRICT OF **FLORIDA**__ charging the above named defendant with **THEFT/GOVT PROPERTY** and the defendant having

_____ surrendered

___XX___ been arrested

in the Southern District of Florida, having had an initial appearance before the Court and having:

___XX___ waived further hearing

_____ been given a hearing in accordance with **Fed.R.Crim.P.** 40.

**DONE AND ORDERED** at Miami, Florida this __28th__ Day of __JANUARY__, 2011.

_____
EDWIN G. TORRES
UNITED STATES MAGISTRATE JUDGE